# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# San Antonio Division

IN RE: **TXCO Resources Inc and Maverick Gas Marketing, Ltd**, Debtor(s)

Bankruptcy Case No.: 09−51807−rbk
Chapter No.: 11

Adversary Proceeding No.: 09−05077−rbk
Judge: Ronald B. King

**TXCO Resources Inc.**
Plaintiff

v.

**Bank of Montreal et al.**
Defendant

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

Bank of Montreal, Allied Irish Bank, Amegy Bank National Association, Guaranty Bank, Natixis, Standard Bank, Western National Bank, AIB Debt Management, Black Diamond Offshore Ltd., CIT Capital USA, Inc., Double Black Diamond Offshore, Ltd., and Regiment Capital Special Situations Fund III, L.P.

Failure to do so will result in dismissal for want of prosecution.

Dated: 8/19/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Perfect Service Order (AP)]** [OpsAPap]