The relief described hereinbelow is SO ORDERED.

Signed August 25, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TXCO RESOURCES, INC. AND | § | CASE NO. 09-51807-RBK |
| MAVERICK GAS MARKETING, LTD., | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| TXCO RESOURCES, INC. | § | |
| | § | |
| VS. | § | ADVERSARY NO. 09-5077-RBK |
| | § | |
| BANK OF MONTREAL, ET AL. | § | |

**ORDER VACATING PRIOR ORDER**

On this date came on for review the docket sheet in the above-referenced case, and it appears to the Court that this Court's prior "Order [of August 19, 2009] to Perfect Service" (Court document #3) should be vacated.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Order of August 19, 2009* is hereby **VACATED**.

# # #

# CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: hernandez             Page 1 of 1               Date Rcvd: Aug 25, 2009
Case: 09-05077                 Form ID: pdfintp            Total Noticed: 2

The following entities were noticed by first class mail on Aug 27, 2009.
dft           +Double Black Diamond Offshore, Ltd.,   c/o Vinson & Elkins L.L.P.,   2001 Ross Avenue,
               Suite 3700,    Dallas, TX 75201-2965
The following entities were noticed by electronic transmission on Aug 26, 2009.
ust            E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                        United States Trustee - SA12,
               US Trustee's Office,   615 E Houston, Ste 533,   PO Box 1539,   San Antonio, TX  78295-1539
                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                    **Signature:**     _Joseph Speetjens_